FILED
MAR 20 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR853-JAH |
|---|---|
| Plaintiff, | ) **I N F O R M A T I O N** |
| v. | ) Title 21, U.S.C., Secs. 952 and |
| JEHONANY ALEXANDER VALDEZ-SERRANO, | ) 960 - Importation of Cocaine (Felony) |
| Defendant. | ) |

The United States Attorney charges:

On or about February 23, 2008, within the Southern District of California, defendant JEHONANY ALEXANDER VALDEZ-SERRANO, did knowingly and intentionally import approximately 20.92 kilograms (46.02 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: March 20, 2008.

KAREN P. HEWITT
United States Attorney

*/s/ John J. Unitas*

CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:kmm:Imperial
3/20/08